FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS** 2016 SEP 23  PM 2: 14
**AUSTIN DIVISION**

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

**DIVISIONX, INC.,**
　　　　　　**Plaintiff,**

-vs-

**CUTTING EDGE GAMER, LLC,**
　　　　　　**Defendant.**

**CAUSE NO.:
A-16-CA-00697-SS**

## J U D G M E N T

BE IT REMEMBERED on this day the Court entered its order granting in part and denying in part Plaintiff DivisionX, Inc.'s Motion to Alter the Arbitrator's Award, the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff DivisionX, Inc. has a judgment against Defendant Cutting Edge Gamer, LLC of THIRTY-EIGHT THOUSAND FIVE HUNDRED TWENTY-FIVE AND 59/100 DOLLARS ($38,525.59), plus 6% post-judgment interest on this amount since the date of the Arbitrator's award on March 18, 2016, to offset the Arbitrator's awards;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendant Cutting Edge Gamer, LLC shall have and recover a judgment of THREE THOUSAND FIVE HUNDRED DOLLARS ($3,500.00) in attorneys' fees and costs from Plaintiff DivisionX, Inc.; and

IT IS FINALLY ORDERED that that this judgment is final and execution shall issue thereon.

SIGNED this the _23rd_ day of September 2016.

SAM SPARKS
UNITED STATES DISTRICT JUDGE